Dismissed and Opinion filed February 19, 2004









Dismissed and Opinion filed February 19, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00474-CV

____________

 

SEABROOK PARTNERS, LTD.,
Appellant

 

V.

 

CITY OF
SEABROOK, Appellee

 



 

On Appeal from the
215th District Court

Harris County,
Texas

Trial Court Cause No.
01‑15173

 



 

M E M O R A N D U M   O
P I N I O N

This is an appeal from a judgment signed April 16, 2003.  The clerk=s record was filed on June 16,
2003.  There was no reporter=s record taken in the trial
court.  No brief was filed.

On January 22, 2004, this Court issued an order stating that
unless appellant submitted its brief, together with a motion reasonably
explaining why the brief was late, on or before February 12, 2004, the Court
would dismiss the appeal for want of prosecution.  See Tex.
R. App. P. 42.3(b).

 








Appellant filed no response.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Opinion
filed February 19, 2004.

Panel consists of Justices Yates,
Anderson, and Hudson.